IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ALVARO E. PAIZ,

          Defendant.

**4:17CR3025**

**ORDER**

IT IS ORDERED:

1)    The motion of Douglas L. Kerns to withdraw as counsel of record for Defendant, (Filing No. 25), is granted.

2)    Defendant's newly retained counsel, Thomas A. Wagoner, shall promptly notify Defendant of the entry of this order.

3)    The clerk shall delete Douglas L. Kerns from any future ECF notifications herein.

July 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge