IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3025 |
| vs. | ORDER |
| ALVARO E. PAIZ, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for modification of pretrial release, (Filing No. 68), is granted.

2) Defendant is authorized to apply for renewal of his passport.

3) Defendant's sentencing hearing is continued and will be held before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **11:00 a.m.** on **August 30, 2019.**

June 14, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge